JAMES CALEB COULTER
BRANDI MICHELLE COULTER
124 LOUIS HAVARD LN
LUCEDALE, MS 39452

NATIONAL CREDIT SYSTEMS, INC.
ATTN: BANKRUPTCY
P.O. BOX 672288
ATLANTA, GA 30006

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

RADIUS GLOBAL
PO BOX 216
APPOMATTOX, VA 24522

BILLIE ORR
1729 CARLISLE ST
MOSS POINT, MS 39562

RAWLINGS & MACINNIS
P.O. BOX 1789
MADISON, MS 39130

CREDENCE RESOURCE
ATTN: BANKRUPTCY
PO BOX 2300
SOUTHGATE, MI 48195

WESTLAKE PORTFOLIO
P.O. BOX 76809
LOS ANGELES, CA 90054

FIRSTBANK
ATTN: BANKRUPTCY
211 COMMERCE ST
NASHVILLE, TN 37201

GLOBAL LENDING
ATTN: BANKRUPTCY
PO BOX 10437
GREENVILLE, SC 29603

KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531

MERCHANTS ADJUSTMENT
ATTN: BANKRUPTCY
56 NORTH FLORIDA ST
MOBILE, AL 36607

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808