United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                          Case No. 26-50716-KMS

James Caleb Coulter                                                             Chapter 13

Brandi Michelle Coulter

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                      User: mssbad                          Page 1 of 2

Date Rcvd: Apr 30, 2026                   Form ID: def                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

**Recip ID              Recipient Name and Address**
db/jdb             +   James Caleb Coulter, Brandi Michelle Coulter, 124 Louis Havard Ln, Lucedale, MS 39452-5604

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:**

**Name**                      **Email Address**

Thomas Carl Rollins, Jr
                              on behalf of Debtor James Caleb Coulter trollins@therollinsfirm.com
                              jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
                              on behalf of Joint Debtor Brandi Michelle Coulter trollins@therollinsfirm.com
                              jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                              USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
                              wcuntzcourt@gport13.com  waccourt1@gmail.com

District/off: 0538-6

User: mssbad

Page 2 of 2

Date Rcvd: Apr 30, 2026

Form ID: def

Total Noticed: 1

TOTAL: 4

26-50716-KMS   Dkt 8   Filed 05/02/26   Entered 05/02/26 23:33:15   Page 2 of 3

District/off: 0538-6

User: mssbad

Page 2 of 2

Date Rcvd: Apr 30, 2026

Form ID: def

Total Noticed: 1

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

James Caleb Coulter

Brandi Michelle Coulter

**CASE NO.:** 26−50716−KMS

**CHAPTER** 13

**ORDER AND NOTICE OF DEFICIENCY(S)**
**AND PROPOSED DISMISSAL OF CASE**

　　　Pursuant to the U.S. Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Uniform Local Rules, and standing orders, the Debtor(s) is required to file schedules, statements, and other documents within fourteen (14) days after filing the above−referenced bankruptcy case ("Bankruptcy Case"). Any motion for an extension of time must demonstrate good cause and be filed on or before the deadline listed below.

　　　For this case to be administered, it is necessary that the Debtor(s) file the following documents:

　　　　Chapter 13 Plan due 05/14/2026
　　　　Aty Disclosure Stmt. due 05/14/2026
　　　　Ch13 Income Form 122C−1 due 05/14/2026
　　　　Sum. of Assets and Liabilities due 05/14/2026
　　　　Schedules A−J2 due 05/14/2026
　　　　Stmt. of Fin. Affairs due 05/14/2026

　　　**IT IS ORDERED AND ADJUDGED** that if the Debtor(s) fails to file the required documents or fails to file a motion and proposed order requesting an extension of time by **May 14, 2026**, the Court will dismiss the Bankruptcy Case without further notice or hearing.

**Dated: April 30, 2026**

**/s/Katharine M. Samson**
**United States Bankruptcy Judge**

odefntc (1/26)