**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

IN RE:                                                          **CHAPTER 13**
**JAMES CALEB COULTER**                          **CASE NO.:  26-50716-KMS**
**BRANDI MICHELLE COULTER**

**TRUSTEE'S NOTICE & MOTION TO DISMISS CASE FOR NON-PAYMENT**

    **PLEASE TAKE NOTICE** that a written Response to the Trustee's Notice and Motion to Dismiss Case for Non-Payment must be filed with the U.S. Bankruptcy Court Clerk's Office, Dan M. Russell, Jr., U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, within twenty-one (21) days of the date of this Notice.  Failure to timely file a Response will result in case dismissal.  A Response will result in the Motion being set for hearing on: **Thursday, July 9th, 2026, at 10:00 a.m**., at the foregoing Court location, 7th Floor, Bankruptcy Courtroom.

    **1.**  Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on the 30th day of April 2026.  The Chapter 13 Trustee moves to dismiss the instant case for non-payment.  No payments have been made since the filing of this instant case.

    **WHEREFORE PREMISES CONSIDERED** the Trustee requests dismissal of the instant case for failure to make plan payments as required by 11 U.S.C. § 1326.

**CERTIFICATE OF SERVICE**

    I, **WARREN A. CUNTZ, JR.,** Chapter 13 Trustee, certify that I have served electronically a true and correct copy of the above Notice and Motion to Dismiss Case for Non-Payment to:

**David W. Ashbach, Esq., United States Trustee**    **USTPRegion05.JA.ECF@usdoj.gov**
**Thomas Carl Rollins, Jr., Esq., Atty for Debtor(s)**    **trollins@therollinsfirm.com**

    DATED this the 5th day of June 2026.

            /s/ Warren A. Cuntz, Jr.
              Chapter 13 Trustee
              P O Box 3749
              Gulfport, MS 39505-3749
              Tel: (228) 831-9531
              Fax: (228) 831-9902
              Email:  wcuntzcourt@gport13.com