**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **James Caleb Coulter**                                    **Case No. 26-50716-KMS**
**Brandi Michelle Coulter, Debtors**                          **CHAPTER 13**

## RESPONSE

COME NOW, Debtors, by and through counsel, and respond to Trustee's Motion to

Dismiss (dk # 18) as follows:

1. Debtors commenced this case on 04/30/2026 by filing a voluntary petition for relief

   under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtors can continue making the plan payments.

   WHEREFORE, Debtors pray for an Order denying the Motion and for such additional or

alternative relief as may be just and proper.

Respectfully submitted,

By:   /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Attorney for Debtor


Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on June 12, 2026, to:

By Electronic CM/ECF Notice:

Warren Cuntz

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.