**Fill in this information to identify the case:**

Debtor 1  James Coulter

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Southern__ District of __Mississippi__
(State)

Case number  26-50716

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** FirstBank          **Court claim no**. (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account:  7101 ___ ___ ___

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: ____/____/_____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify: Open/Review Bankruptcy case | 5/22/2026 | (11) | $ 250 |
| 12. Other. Specify: Notice of Default | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 ___James Coulter_____
      First Name     Middle Name     Last Name

Case number (*if known*) ___26-50716_____

---

### Part 2:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /S/ *Gage Fairbanks*_____
    Signature

Date ___06__/__25__/__2026___

Print:  **Gage Fairbanks**_____
    First Name     Middle Name     Last Name

Title ___Specialized Default Coordinator___

Company  FirstBank_____

Address  520 W. Summit Hill Dr, Ste 801_____
    Number      Street
    Knoxville , TN 37902
    City        State     ZIP Code

Contact phone  (_866_) _515_ _2053____

Email ___dl-mhbankruptcydept@firstbankonline.com___

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE** Southern **DISTRICT OF** Mississippi

**IN RE:**                                                                   **Chapter 13**
James Coulter **, Debtor.**                                          **Case No.** 26-50716
_____ **, Co-Debtor**

### CERTIFICATE OF SERVICE

I hereby certify that on 6/25/2026   ,  I electronically filed the Notice of Post-Petition Mortgage Fees, Expenses, and charges and Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Warren Cuntz                          , bankruptcy trustee

Thomas Rollins Jr                     , debtor's attorney

and I hereby certify that I have mailed by United States Postal Service a notice to the following non-ECF participants:

James Coulter                         ,Debtor

                                      , Co-debtor

124 Louis Havard Ln, Lucedale, MS 39452 , Debtor Address

/s/ Gage Fairbanks

Gage Fairbanks
Bankruptcy Department
FirstBank
520 W. Summit Hill Dr., Ste-801
Dated:  6/25/2026
Knoxville, TN  37902
(865) 515-2053
dl-mhbankruptcydept@firstbankonline.com