# Proceeding Minutes / Proceeding Memo

**Case #:**  26-50716          **Case Name:**   James Caleb Coulter and Brandi Michelle Coulter

**Set:**  08/06/2026 10:00 am   **Chapter:**  13   **Type:**  bk     **Judge**  Katharine M. Samson

**matter**   Confirmation Hearing

---

Minute Entry Re: (related document(s): [7] Confirmation Hearing) No objections filed. Confirmation hearing removed. (srw)