United States Bankruptcy Court

Southern District of Mississippi

In re:

James Caleb Coulter

Brandi Michelle Coulter

    Debtors

Case No. 26-50716-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 04, 2026 | Form ID: n031 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Caleb Coulter, Brandi Michelle Coulter, 124 Louis Havard Ln, Lucedale, MS 39452-5604 |
| 5665567 | | Billie Orr, 1729 Carlisle St, Moss Point, MS 39562 |
| 5665575 | + | Radius Global, Po Box 216, Appomattox, VA 24522-0216 |
| 5665576 | + | Rawlings & MacInnis, P.O. Box 1789, Madison, MS 39130-1789 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5688162 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2026 19:55:55 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5665568 | + | Email/Text: bankruptcy@credencerm.com | Aug 04 2026 19:57:00 | Credence Resource, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 5668925 | + | Email/Text: mhbkr@firstbankonline.com | Aug 04 2026 19:57:00 | FirstBank, 520 W. Summit Hill Dr. Suite 801, Knoxville, Tn 37902-2006 |
| 5665569 | + | Email/Text: tbrasher@firstbankonline.com | Aug 04 2026 19:57:00 | Firstbank, Attn: Bankruptcy, 211 Commerce St, Nashville, TN 37201-1806 |
| 5693243 | | Email/Text: bankruptcy@glsllc.com | Aug 04 2026 19:57:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 5665570 | | Email/Text: bankruptcy@glsllc.com | Aug 04 2026 19:57:00 | Global Lending, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 5665571 | + | Email/Text: melissa.martin@kfcu.org | Aug 04 2026 19:57:00 | Keesler FCU, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5693667 | | Email/Text: sheri@masinc.org | Aug 04 2026 19:57:00 | MERCHANTS ADJUSTMENT SERVICE, PO BOX 7511, MOBILE, AL 36670 |
| 5665572 | | Email/Text: sheri@masinc.org | Aug 04 2026 19:57:00 | Merchants Adjustment, Attn: Bankruptcy, 56 North Florida St, Mobile, AL 36607 |
| 5665573 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Aug 04 2026 19:57:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5665574 | | Email/Text: bankruptcy@nationalcreditsystems.com | Aug 04 2026 19:57:00 | National Credit Systems, Inc., Attn: Bankruptcy, P.O. Box 672288, Atlanta, GA 30006 |
| 5694482 | | Email/Text: bankruptcy@nationalcreditsystems.com | Aug 04 2026 19:57:00 | National Credit Systems, Inc., P.O.BOX 672288, Marietta, GA 30006 |
| 5673545 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 04 2026 20:08:30 | Regional Acceptance Corporation,, Bankruptcy Section/100-50-01-51, P.O. Box 1847, Wilson NC 27894-1847 |
| 5668771 | ^ | MEBN | | |

District/off: 0538-6                          User: mssbad                                    Page 2 of 2
Date Rcvd: Aug 04, 2026                       Form ID: n031                                   Total Noticed: 20

|  |  |  | Aug 04 2026 19:51:40 | Singing River Health System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |
| 5665577 | ^ | MEBN | | |
|  |  |  | Aug 04 2026 19:51:46 | Westlake Portfolio, P.O. Box 76809, Los Angeles, CA 90076-0809 |
| 5682301 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
|  |  |  | Aug 04 2026 19:55:55 | Westlake Services LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | FirstBank, 520 W Summit Hill Dr Suite 801, Knoxville, TN 37902-2006 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026                       Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor James Caleb Coulter trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Brandi Michelle Coulter trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 26−50716−KMS
**Chapter:** 13

**In re:**

James Caleb Coulter
124 Louis Havard Ln
Lucedale, MS 39452

Brandi Michelle Coulter
124 Louis Havard Ln
Lucedale, MS 39452

Notice of Entry of Order Confirming Plan

The Court entered an Order on August 4, 2026 (Dkt. # 26 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: August 4, 2026

Danny L. Miller, Clerk of Court