# CERTIFICATE OF SERVICE

I, **WARREN A. CUNTZ, JR.**, Chapter 13 Trustee, certify that I have served electronically a true and correct copy of the Wage Order to:

**Kevin Epstein, Esq., United States Trustee** USTPRegion05.JA.ECF@usdoj.gov
Thomas C. Rollins, Jr.**, Attorney for Debtor** trollins@therollinsfirm.com

and, that I have mailed this day, via first class mail, postage prepaid, a true and correct copy of the above and foregoing Wage Order to the Chapter 13 Debtor(s) and Employer:

James Caleb & Brandi Michelle Coulter
124 Louis Havard Ln
Lucedale, MS 39452

Arrowhead Contracting
8900 Indian Creek Parkway
Suite 415
Overland Park, KS 66210

DATED this the 22nd day of October 2026.

/s/ Warren A. Cuntz, Jr., Trustee
Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505
(228) 831-9531 ph
(228) 831-9902 fax
Wcuntzcourt@gport13.com