**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE:** **CHAPTER 13**

**JAMES CALEB & BRANDI MICHELLE COULTER** **CASE NO. 26-50716-KMS**

**AMENDED CERTIFICATE OF SERVICE**

I, Warren A. Cuntz, Jr., Trustee do hereby certify that I have transmitted electronically via CM/ECF and/or mailed this day, postage prepaid, a true and correct copy of the Order Directing Employer to Deduct from Wages of Debtor to Debtor(s) employer, Arrowhead Contracting, 8900 Indian Creek Parkway, Suite 415, Overland Park, KS, 66210.

This the 23rd, day of October, 2026.

*/s/ Warren A Cuntz, Jr.*

Warren A. Cuntz, Jr.
Chapter 13 Trustee
P. O. Box 3749
Gulfport, MS 39505-3749
Tel: 228-831-9531
Fax: 228-831-9902